**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

MORROBEL CANELO,
Plaintiff

v. C.A. No. 06-178T

STATE OF RHODE ISLAND,
ET AL.,
Defendant

**SHOW CAUSE ORDER**

On or before **July 31, 2007**, the plaintiff is hereby ordered to show cause, in writing, why this case should not be dismissed for lack of prosecution; namely, failure to pay the filing fee as directed in the **April 27, 2006 Order** of this Court, and failure to make service upon defendants within 120 days after filing of the complaint and issuance of summons required by Fed. R. Civ. P. 4(m). Failure to comply will result in dismissal.

By Order,

Deputy Clerk

ENTER:

Ernest C. Torres
Senior U.S. District Judge
Date: 7/10/07